UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>　　　　Plaintiff,<br>v.<br>TESORO REFINING & MARKETING COMPANY LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case: 2:14-CV-01137-JAK-JCG<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) (A) (ii)**<br><br>JS-6 |

### **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 10, 2014

　　　　　　　　　　　　　　　　HONORABLE JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE